

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

J. C. MANN
ATT GENERAL

February 16, 1939

Hon. Joe Gordon
County Attorney
Pampa, Texas

Dear Sir:

Opinion No. 0-348
Re: Authority of Commissioners' Court
to construct building for U. S.
Weather Bureau and lease land,
payment from county funds.

We acknowledge receipt of your letter of January 30th and also your wire of February 15th. As stated in your wire of February 15th, the question of establishment of an airport had been dropped and you now desire an opinion from this Department as to whether or not the Commissioners' Court is authorized to construct, at county's expense, a weather forecasting bureau building, necessitating the expenditure of the sum of $2,000.00 and the leasing of a plot of land at an annual rental of $400.00 by the county.

With reference to the above, we beg to advise that the expenditures authorized by the Commissioners' Court are limited to those as set forth by the statutes of this State and we fail to find any statutory authorization of such project.

It is, therefore, the opinion of this Department that the Commissioners' Court is not authorized to enter into said lease and to build a building for such purposes with funds belonging to the county.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _____
Wm. J. R. King
Assistant

WmK:AW

APPROVED: